Bogdan Belzowski 0402819
Suffolk County House of Cor Unit 8-2
20 Bradston str.
Boston Ma 02118

FILED
2004 AUG 16 P 3:16
DISTRICT COURT
OF MASS

8-12-04

RE: NOTICE OF CHANGE OF ADDRESS

Please take notice of the change in my address above.

Please allow your records to reflect this change.

Thank you for your time and kind attention to this matter.

Most sincerely yours,

*Bogdan Belzowski*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record by first-class postage, postage pre-paid.

Certified,

DATED: 8-12-04

*Bogdan Belzowski*